# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**JEROME ALLEN BARGO**  PLAINTIFF
**ADC #75423**

v.  NO. 5:17CV00281 JLH-PSH

**WENDY KELLEY,** *et al.*  DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects with the following additional comments. Document #7. The plaintiff may renew his motion for a preliminary injunction after Correct Care has answered or otherwise responded. After Correct Care appears, a factual record can be developed that will permit the Court to assess the *Dataphase* factors.

IT IS THEREFORE ORDERED that Jerome Allen Bargo's motion for injunctive relief is DENIED. Document #4.

DATED this 1st day of December, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE