IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JEROME ALLEN BARGO                                                              PLAINTIFF
ADC #075423

v.                          No: 5:17-cv-00281 JLH-PSH

WENDY KELLEY, *et al.*                                                         DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

The undersigned orders that Kelley's motion to dismiss is denied. Document #10.

DATED this 12th day of March, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE