IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | |
|---|---|
| **JEROME ALLEN BARGO**<br>**ADC #75423** | **PLAINTIFF** |
| v. | No: 5:17-cv-00281 JLH-PSH |
| **WENDY KELLEY,** *et al.* | **DEFENDANTS** |

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects. Document #72.

IT IS THEREFORE ORDERED that Kelley's motion for summary judgment is denied.

DATED this 10th day of July, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE