IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JEROME ALLEN BARGO                                                                                PLAINTIFF
ADC #75423

v.                                         No: 5:17-cv-00281 JLH-PSH

WENDY KELLEY, *et al*.                                                                          DEFENDANTS

**ORDER**

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED:

Medical Defendants' motion for summary judgment is denied in part and granted in part. Bargo's failure to specifically name Dr. Stringfellow in VU-17-00303 did not prevent exhaustion of his administrative remedies with respect to his delay-in-treatment claim against Dr. Stringfellow; all other claims against Dr. Stringfellow are dismissed without prejudice. Bargo's claim regarding CCS' policy not to provide root canals and crowns will proceed, but Bargo's other claims against CCS are dismissed without prejudice.

DATED this 3rd day of December, 2018.

                                                      J. LEON HOLMES
                                                      UNITED STATES DISTRICT JUDGE