**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**JEROME ALLEN BARGO**
**ADC # 75423**                                                                              **PLAINTIFF**

**v.**                                            **Case No. 5:17-cv-00281 KGB-PSH**

**WENDY KELLEY,** *et al.*                                                              **DEFENDANTS**

## ORDER

The Court has received Proposed Findings and Recommendation submitted by United States Magistrate Judge Patricia Harris (Dkt. No. 128). No objections have been filed, and the time for filing objections has passed. After careful review, the Court concludes that the Proposed Findings and Recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects (*Id.*). The Court grants defendants' motions for summary judgment and dismisses with prejudice plaintiff Jerome Allen Bargo's constitutional claims (Dkt. Nos. 105, 108). The Court declines to exercise supplemental jurisdiction over Mr. Bargo's state law negligence claims and dismisses without prejudice those claims.

It is so ordered this the 10th day of March, 2020.

Kristine G. Baker
United States District Judge